Michael Alcantar
mpa@a-klaw.com
California Bar #65020
Donald Brookhyser
deb@a-klaw.com
California Bar #141766
Alcantar & Kahl, LLP
120 Montgomery Street
Suite 2200
San Francisco, CA 94104
503.402.8702 (direct)
503.402.8882 (fax)
mpa@a-klaw.com

G. Emmett Raitt, Jr.
geraitt@raittlaw.com
California Bar #67214
Raitt & Associates,
A Professional Law Corporation
4199 Campus Drive, Suite 700
Irvine, California 92612-4698
949.854.8380 (office)
949.861.9468 (fax)

Attorneys for Plaintiff ConocoPhillips Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOCOPHILLIPS COMPANY,<br><br>    Plaintiff,<br>v.<br><br>DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES,<br><br>    Defendant. | CASE NO. CV07-05742 ABC (JTLx)<br><br>**JOINT LIST OF EXHIBITS**<br><br>Trial Date:   November 3, 2009<br>Time:   10:00 a.m.<br>Courtroom:   680<br><br>Complaint Filed:   September 4, 2007<br>Final Pretrial<br>Conference:   September 28, 2009 |

      Plaintiff CONOCOPHILLIPS COMPANY and Defendant DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES, submit the attached Joint List of Exhibits for the convenience of the court.

      The parties further stipulate and agree that all of the exhibits identified in the attached may be admitted without further foundation or authentication, with the following exceptions:

1. Defendant does not agree to the admission of Exhibit 26, the Expert Report of Robert Stephens.

2. Plaintiff does not agree to the admission of Exhibit 45, Summary of Profit Margin for Conoco Phillips for Fiscal Years 2003 to 2007 prepared by Maryanne Anz

3. The parties reserve all objections as to relevance and materiality of any exhibit.

DATED: September 8, 2009

ALCANTAR & KAHL, LLP

RAITT & ASSOCIATES,
A Professional Law Corporation

By: _____
G. EMMETT RAITT, JR.
Attorneys for Plaintiff ConocoPhillips Company

DATED: September 8, 2009

_____
S. DAVID HOTCHKISS
Counsel for Department of Water and Power, City of Los Angeles

Joint Exhibit List.wpd                                              [RECYCLED PAPER]

## JOINT EXHIBIT LIST

| Case Number | CV07-05742 ABC (JTLx) |
|---|---|
| Case Name | CONOCOPHILLIPS COMPANY vs. DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES |
| Court Clerk | |

| EX | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | LA CITY COUNCIL ORDINANCE 175722, ADOPTED DECEMBER 16, 2003 | | |
| 2 | CG WHITE PAPER | | |
| 3 | NERA CONSULTING SIMPLIFIED DIAGRAM OF LADWP'S DISTRIBUTION SYSTEM | | |
| 4 | A NEW APPROACH TO RATES FOR SERVICE TO CUSTOMERS WITH GENERATION, MAY 17, 2002 | | |
| 5 | THE CG RATE PROPOSAL, FINDING THE KEY TO AN APPROPRIATE CO-GENERATION RATE, OCTOBER 25, 2002 | | |
| 6 | "DEVELOPMENT OF LADWP'S PROPOSED CG RATES," NERA REPORT, NOVEMBER 27, 2002 | | |
| 7 | ENERGY RATES AND CONTRACTS, ACCOUNT MANAGER MEETING, DECEMBER 9, 2003 | | |
| 9 | ENERGY RATES AND CONTRACTS, CUSTOMER GENERATION RATE INFORMATION MEETING, MARCH 2, 2004 | | |
| 10 | PRESENTATION: "CUSTOMER GENERATION RATE, CONOCO-PHILLIPS INFORMATION MEETING, APRIL 8, 2004." | | |
| 15 | LADWP MEMO TO COGENERATION CUSTOMERS RE: LADWP CUSTOMER GENERATION RATE AND PROPOSED REVISION, SEPTEMBER 22, 2005 | | |
| 16 | PRESENTATION: "CUSTOMER GENERATION RATE," ENERGY RATES AND CONTRACTS SECTION, SEPTEMBER 28, 2005. | | |
| 22 | PRESENTATION: "CUSTOMER GENERATION RATE REVISION," MARCH 8, 2006 | | |
| 23 | LADWP RATE SCHEDULE FOR PG-3 CLASS IN EFFECT PRIOR TO SEPTEMBER 1, 2005 | | |
| 24 | LA CITY COUNCIL ORDINANCE 179268, PASSED OCTOBER 2, 2007 | | |
| 25 | LA CITY COUNCIL ORDINANCE 180127, PASSED OCTOBER 6, 2008 | | |
| 26 | EXPERT REPORT OF ROBERT STEPHENS, JULY 31, 2009 | | |

Date Received _____ Received by _____ Page _____ of _____

1.  2.  3.

# JOINT EXHIBIT LIST

| Case Number | CV07-05742 ABC (JTLx) |
|---|---|
| Case Name | CONOCOPHILLIPS COMPANY vs. DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES |
| Court Clerk | |

| EX | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 27 | LADWP EMBEDDED CLASS COST OF SERVICE STUDY FOR FY2002-2003 | | |
| 28 | LADWP EMBEDDED CLASS COST OF SERVICE STUDY FOR FY2003-2004 | | |
| 29 | LADWP EMBEDDED CLASS COST OF SERVICE STUDY FOR FY2004-2005 | | |
| 30 | LADWP EMBEDDED CLASS COST OF SERVICE STUDY FOR FY2005-2006 | | |
| 31 | "THE TIME-DIFFERENTIATED MARGINAL COSTS OF ELECTRIC SERVICE," NERA COST OF SERVICE STUDY, OCTOBER 2004 | | |
| 32 | THE LOS ANGELES DEPARTMENT OF WATER AND POWER MARGINAL COSTS OF ELECTRIC SERVICE, NERA CONSULTANTS, NOVEMBER 2006 | | |
| 33 | REPORT FROM THE OFFICE OF THE CITY ADMINISTRATIVE OFFICER, MARCH 11, 2003, SUBJECT: ELECTRIC RATE ORDINANCE AMENDMENT FOR SELF- | | |
| 34 | TENTATIVE DECISION, JUNE 11, 2007, STATE OF CALIFORNIA V. LADWP, CALIFORNIA SUPERIOR COURT, SAN BERNARDINO CO., CASE NO. SCVSS | | |
| 35 | LADWP BILLINGS TO CONOCO FOR ELECTRIC SERVICE FOR SEPTEMBER 2005 – MARCH 2009 | | |
| 36 | LADWP BOARD APPROVAL LETTER, JUNE 5, 2007, SUBJECT: AMENDMENT NO. 1 OF ELECTRIC RATE ORDINANCE NO. 168436 | | |
| 37 | WHITE PAPER ON AMENDING PARALLEL GENERATION RATES TO INCLUDE STANDBY CHARGES, JULY 9, 1999 | | |
| 38 | CONOCO PHILLIPS BILL (TAX & EXPORT PURCHASES INCLUDED) | | |
| 39 | SECTION 344 LOS ANGELES CITY CHARTER | | |
| 40 | SECTION 676 LOS ANGELES CITY CHARTER | | |
| 41 | SECTION 679 LOS ANGELES CITY CHARTER | | |
| 42 | NEIGHBORHOOD COUNCIL – LADWP MOU, MARCH 16, 2007 | | |

Date Received _____ Received by _____ Page ____ of ____

1.            2.            3.

## JOINT EXHIBIT LIST

| Case Number | CV07-05742 ABC (JTLx) |
|---|---|
| Case Name | CONOCOPHILLIPS COMPANY vs. DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES |
| Court Clerk | |

| EX | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 43 | CALIFORNIA PUBLIC UTILITIES CODE SEC. 453 | | |
| 44 | CALIFORNIA PUBLIC UTILITIES CODE SEC. 532 | | |
| 45 | SUMMARY OF PROFIT MARGIN FOR CONOCO PHILLIPS FOR FISCAL YEARS 2003 TO 2007 PREPARED BY MARYANNE ANZ | | |

Date Received _____ Received by _____ Page ____ of ____

1.                                    2.                                    3.