Michael Alcantar
mpa@a-klaw.com
California Bar #65020
Donald Brookhyser
deb@a-klaw.com
California Bar #141766
Alcantar & Kahl, LLP
120 Montgomery Street
Suite 2200
San Francisco, CA 94104
503.402.8702 (direct)
503.402.8882 (fax)
mpa@a-klaw.com

G. Emmett Raitt, Jr.
geraitt@raittlaw.com
California Bar #67214
Raitt & Associates,
A Professional Law Corporation
4199 Campus Drive, Suite 700
Irvine, California 92612-4698
949.854.8380 (office)
949.861.9468 (fax)

Attorneys for Plaintiff ConocoPhillips Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOCOPHILLIPS COMPANY,<br><br>　　　　Plaintiff,<br>v.<br><br>DEPARTMENT OF WATER & POWER,<br>CITY OF LOS ANGELES,<br><br>　　　　Defendant. | CASE NO. CV07-05742 ABC (JTLx)<br><br>**JOINT WITNESS LIST**<br><br>Trial Date:　　　　November 3, 2009<br>Time:　　　　　　　10:00 a.m.<br>Courtroom:　　　　680<br><br>Complaint Filed:　　September 4, 2007<br>Final Pretrial<br>Conference:　　　　September 28, 2009 |

Plaintiff CONOCOPHILLIPS COMPANY and Defendant DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES, respectfully submit the following Joint Witness List for the convenience of the court:

　　　　1.　Maryanne Anz, Employee of Defendant Department of Water & Power, City of Los Angeles.

　　　　2.　Greg Black, Employee of Defendant Department of Water & Power, City of Los Angeles..

3. David Henderson, 3010 Corona Avenue, Norco, CA 92860 (951) 371-4402.

4. Hethie Parmesano, NERA, 777 South Figueroa Street, Suite 1950, Los Angeles, CA 90017

5. Jeff Peltola, Employee of Defendant Department of Water & Power, City of Los Angeles.

6. Robert Stephens, Brubaker and Associates, Inc., 16690 Swingley Ridge Road, Suite 140 Chesterfield, MO 63017, (636) 898-6725, Plaintiff's expert witness.

7. David Tobler, ConocoPhillips Wilmington Refinery, 1660 W. Anaheim St., Wilmington, California, (310) 952-6124.

8. Bernard Uffelman, Deloitte & Touche, 400 W. 15th St., Austin, Texas, 78701, Defendant's expert witness.

DATED: September 8, 2009

ALCANTAR & KAHL, LLP

RAITT & ASSOCIATES,
A Professional Law Corporation

By: G. EMMETT RAITT, JR.
Attorneys for Plaintiff ConocoPhillips Company

DATED: September 8, 2009

S. DAVID HOTCHKISS
Counsel for Department of Water and Power, City of Los Angeles