Michael Alcantar
mpa@a-klaw.com
California Bar #65020
Donald Brookhyser
deb@a-klaw.com
California Bar #141766
Alcantar & Kahl, LLP
120 Montgomery Street
Suite 2200
San Francisco, CA 94104
503.402.8702 (direct)
503.402.8882 (fax)
mpa@a-klaw.com

G. Emmett Raitt, Jr.
geraitt@raittlaw.com
California Bar #67214
Raitt & Associates,
A Professional Law Corporation
4199 Campus Drive, Suite 700
Irvine, California 92612-4698
949.854.8380 (office)
949.861.9468 (fax)

Attorneys for Plaintiff ConocoPhillips Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOCOPHILLIPS COMPANY,<br><br>            Plaintiff,<br>v.<br><br>DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES,<br><br>            Defendant. | CASE NO. CV07-05742 ABC (JTLx)<br><br>**STIPULATED FACTS FOR PURPOSES OF TRIAL**<br><br>Trial Date: November 3, 2009<br>Time: 10:00 a.m.<br>Courtroom: 680<br><br>Complaint Filed: September 4, 2007<br>Final Pretrial<br>Conference: September 28, 2009 |

Plaintiff CONOCOPHILLIPS COMPANY and Defendant DEPARTMENT OF WATER & POWER, CITY OF LOS ANGELES, respectfully submit the following Stipulated Facts for Purposes of Trial.

The parties hereby stipulate that the following facts may be taken as true by the trier of fact for all puoses in this action:

///

1..     Plaintiff ConocoPhillips Company ("Plaintiff") owns and operates an oil refinery at 1660 W. Anaheim St., Wilmington, California ("the Refinery").

2..     The Refinery is an electric customer served by Defendant Department of Water & Power, City of Los Angeles ("LADWP").

3..     ConocoPhillips owns and operates a cogeneration unit on the site of the Refinery. The cogeneration unit produces steam for the refining processes, and generates electricity that supplies some of the electricity demand of the Refinery. The cogeneration unit is a Qualifying Facility under the Public Utility Regulatory Policies Act of 1978 (16 CFR 824c). The cogeneration unit has been operated by Conoco Phillips at all times relevant to this law suit.

4..     Prior to September 1, 2005, the Refinery was billed for its electricity service under the PG-3 rate schedule adopted by LADWP.

5..     On December 16, 2003, the Los Angeles City Council adopted Ordinance 175722, which created a new rate schedule, CG-3, for customers with self-generation. The Refinery met the applicability conditions for the CG-3 rate schedule, and after September 1, 2005, it was billed for its service under the CG-3 rate.

6..     One of the changes from the PG-3 rate to the CG-3 rate was the creation of a distribution demand charge, which was billed to a customer based on its "Measured Demand."

7..     "Measured Demand" is calculated as the highest combined total of the load placed by the customer on the LADWP system and the generation produced by the customer's on-site generator for fifteen minutes during a billing period.

8..     When effective in September 2005, the distribution demand charge was billed at $5 per Megawatt (MW).

9..     An industrial customer with a load similar to the Refinery, but without self-generation, would be billed under the LADWP A-3 rate schedule. Under the A-3 rate, a customer's demand charge is billed on its maximum demand during the month. The demand charge changes each month based on the customer's usage during that month.

10..    In July 2007, the City Council adopted an ordinance that included a change

to the CG-3 rate. Effective July 1, 2008, the distribution demand charge was billed on the customer's "Rated Generator Capacity" ("RGC"). RGC is defined as the largest of

    A.    Fifty Percent (50%) of the highest recorded demand for imported or exported energy at the service point over the last 12 months

    B.    The highest actual demand level recorded for energy delivered by the Department in the billing period at the service point

    C.    The highest actual demand level recorded for energy exported to the Department in the billing period at the service point.

The distribution demand charge continued to be billed at $5.

11.. In October 2008, the City Council adopted Ordinance 180127, which included a change to the CG-3 rate. The new rate no longer included a co-incident distribution demand charge, but retained a facilities demand charge. This change was effective June 1, 2009.

12.. LADWP has performed embedded class cost of service studies. These studies allocate LADWP's embedded costs for a fiscal year to the various customer classes. Embedded costs are the actual costs incurred by LADWP during a fixed time to provide electric service to its customers. The study compares the allocated costs with the revenues produced by the class. In the cost of service study for 2002-2003, LADWP found that the class composed of both A-3 and CG-3 customers paid revenues totaling 14.37% more than the costs allocated to that class. The excess of revenues over costs for the following fiscal years was:

    A.    2003-2004    18.23%

    B.    2004-2005    13.03%

    C.    2005-2006    15.35%

13.. The Electric Utility Cost Allocation Manual published in 1973 and revised in 1992 by the National Association of Regulatory Utility Commissioners ("the NARUC Manual") states:

"...it is common to identify months for which the monthly peak is 90% or 95% of the annual peak as potential peak months."

14.. Pursuant to 16 USC §824a-3(h), ConocoPhillips and Shell filed a

complaint with the Federal Energy Regulartory Commission ("FERC"), requesting that the Commission enforce its rules and order LADWP to comply with FERC's rules, including 18 CFR §292.305.

15.. In Docket EL05-58, on March 28, 2005, FERC issued a notice of its intent not to initiate enforcement action.

16.. ConocoPhillips delivered to the Board of LADWP pursuant to California Government Code §900 et seq. a notice of its claims regarding the CG-3 rates. The Board did not accept or deny the claim, and ConocoPhillips commenced this judicial action.

DATED: September 8, 2009

ALCANTAR & KAHL, LLP

RAITT & ASSOCIATES,
A Professional Law Corporation

By: _____
G. EMMETT RAITT, JR.
Attorneys for Plaintiff ConocoPhillips Company

DATED: September 8, 2009

_____
S. DAVID HOTCHKISS
Counsel for Department of Water and Power, City of Los Angeles

Stipulated Facts for Purposes of Trial.wpd                         [RECYCLED PAPER]